UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS AUGUSTINE, | No.  1:23-cv-00520-SAB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE |
| v. | |
| HEATHER SHIRLEY, et al.,. | (ECF No. 22) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the dispositive deadline, filed November 14, 2024.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file a dispositive motion is extended to **December 14, 2024**.

IT IS SO ORDERED.

Dated:  __**November 14, 2024**__          _____

STANLEY A. BOONE
United States Magistrate Judge

1