UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS AUGUSTINE,<br><br>  Plaintiff,<br><br>  v.<br><br>HEATHER SHIRLEY, et al.,.<br><br>  Defendants. | No. 1:23-cv-00520-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AT PLAINTIFF'S CURRENT ADDRESS OF RECORD<br><br>(ECF No. 24) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On December 13, 2024, Defendants field a motion for summary judgment. (ECF No. 24.) On January 27, 2025, Plaintiff filed a notice of change of address. (ECF No. 26.) Although Defendants' motion for summary judgment was properly served at Plaintiff's address of record at the time it was filed which not returned by the United States Postal Service, in an abundance of caution, the Court will direct the Court to re-serve Defendants' motion for summary judgment at Plaintiff's current address of record.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall re-serve Defendants' motion for summary judgment (ECF No. 24), filed on December 13, 2024, at Plaintiff's current address of record; and

///

1

2. Plaintiff may file a response within **twenty-one (21)** days from the date of service, after which time the motion will be deemed submitted for review.

IT IS SO ORDERED.

Dated:   **March 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2